Pamela MARTIN; Susan Chancellor; Faye Freeman, Plaintiffs—Appellants

v.

MASSELLE & ASSOCIATES INC.; Maselle School of Real Estate Inc., Defendants—Appellees.

No. 07–60614

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 19, 2008.

Charles Edward Gibson, IV, Gibson Law Firm, Ridgeland, MS, John Fredrick Hawkins, Walter Andrew Neely, Baria, Fyke, Hawkins & Stracener, Louis Hanner Watson, Jr. Nick Norris, Law Offices of Louis H. Watson Jr., Jackson, MS, Grant Moncrief Fox, Fox & Fox, Tupelo, MS, for Plaintiffs–Appellants.

Michael Franklin Myers, Currie, Johnson, Griffin, Gaines & Myers, Vikki J. Taylor Watkins, Ludlam, Winter & Stennis, Jackson, MS, for Defendants–Appellees.

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

**3.** *Jones v. Petty–Ray Geophysical Geosource, Inc.,* 954 F.2d 1061, 1068 (5th Cir.1992).

**4.** 46 U.S.C. § 30301.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.